**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No.  3:13cr61/MCR

MARC A. GROSS
a/k/a "Mark Gross"
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MARC A. GROSS a/k/a/ "Mark Gross," to Counts One through Six of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 28th day of August, 2013.


s/ *M. Casey Rodgers*_____

**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**