# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No. 3:13cr61/MCR

**MARC A. GROSS,**
    a/k/a Mark Gross
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from defendant **MARC A. GROSS,** pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(a)(2), and Title 28, United States Code, Section 2461(c), the defendant's interest in any and all property, real or personal, involved in the violations set forth in Counts One through Four and/or any property traceable to such property;

AND WHEREAS, on or about August 26, 2013, the defendant pled guilty to Counts One through Six of the Indictment;

AND WHEREAS, in the Supplement to the Plea Agreement, the defendant agreed to "forfeit all forfeitable assets to the United States or to agencies designated by the United States." (Doc. 39). Further, the defendant "specifically agree[ed] to forfeit at least approximately $50,000, in United States currency held in Morgan Stanley Smith Barney account ending in 1737." (Doc. 39). And finally, the defendant also

> agree[ed] to forfeit as a substitute asset all money held in any account(s) held by him at Morgan Stanley Smith Barney. The defendant further agree[ed] that any money recovered from said account(s) will be used to pay any restitution ordered by the Court, and in the event any money is left over after restitution is paid, the remainder may be used to pay any monetary judgment or fine ordered by the Court.

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in the

following property, pursuant to Title 18, United States Code, Sections 981, 982, Title 28, United States Code, Section 2461(c), and Federal Rules of Criminal Procedure, Rule 32.2:

    a.    **Morgan Stanley Smith Barney Account XXX-XX1737-XXX in the name of Marc Gross, with an approximate value of $113,575.43 (as of October 8, 2013);**

    b.    **Morgan Stanley Smith Barney IRA Account XXX-XX7355-XXX in the name of Marc Gross, with an approximate value of $84,475.48 (as of October 8, 2013); and,**

    c    **Morgan Stanley Smith Barney Simple IRA XXX-XX7366-XXX Account in the name of Marc Gross, with an approximate value of $55,081.88 (as of October 8, 2013).**

AND WHEREAS, on October 17, 2013, the government filed a First Motion for Entry of a Preliminary Order of Forfeiture. (Doc. 52).

NOW WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the defendant's right, title and interest in the above identified property, that is, approximately $253,132.79, is hereby condemned, forfeited and vested in the United States of America, and the United States of America is now entitled to entry of a Preliminary Order of Forfeiture against all of the defendant's interest in the property identified above, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(a)(2), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States of America against defendant, **MARC A. GROSS**, pursuant to the Federal Rules of Criminal Procedure, Rule 32.2.

**IT IS SO ORDERED** this 30th day of October, 2013.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**