## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                        Case No. 3:13cr61/MCR

**MARC A. GROSS,**
   a/k/a "Mark Gross"
_____/

### THIRD PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from defendant **MARC A. GROSS,** pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2), 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the defendant's interest in any and all property, real or personal, involved in the violations set forth in Counts One through Four and/or any property traceable to such property;

AND WHEREAS, the criminal forfeiture provision contained in the Indictment identified the real property located at 365 N.E. 6th Street, Boca Raton, Florida, as property subject to forfeiture. (Doc. 1).

AND WHEREAS, on or about August 26, 2013, the defendant pled guilty to Counts One through Six of the Indictment;

AND WHEREFORE, the parties were unable to reach an agreement concerning the forfeitabilty of the aforementioned real property and as a result, this Court took testimony in the issue. After taking testimony on this issue, the Court determined that approximately $54,448.57 in proceeds of the crimes charged in Counts One through Four of the

FILED IN OPEN COURT THIS
March 13, 2014
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

Indictment were used by the defendant to pay off his outstanding mortgage loan on the property. The Court further finds that the aforementioned real property was "involved in" the offense charged in Count Four of the Indictment which charged money laundering.

NOW WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED: That the defendant's right, title and interest in the real property located at 365 N.E. 6th Street, Boca Raton, Florida, with all improvements and appurtenances thereon, more particularly described as follows:

> **Lot 13, Block 13, of plat of section "B" Boca Villas, according to the plat thereof, recorded in Plat Book 24, Page 107, of the Public Records of Palm Beach County, Florida.**

is hereby condemned, forfeited and vested in the United States of America, and the United States of America is now entitled to entry of a Second Preliminary Order of Forfeiture against all of the defendant's interest in the property identified above, pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(2), 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. That a Third Preliminary Order of Forfeiture is hereby entered in favor of the United States of America against defendant, **MARC A. GROSS**, pursuant to the Federal Rules of Criminal Procedure, Rule 32.2.

IT IS SO ORDERED this 13TH day of March, 2013

M. Casey Rodgers
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:13cr61/MCR